**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Appellate case name:      The State of Texas v. Caleb Rodriguez

Appellate case numbers:      01-20-00848-CR, 01-20-00849-CR

Trial court case numbers:      1600295, 1600296

Trial court:      351st District Court of Harris County

Appellant, the State of Texas, has filed a motion to extend time by 10 days to file a reply brief in these two appeals. While its motion was pending and within the 10-day extension period requested, the State filed a reply brief entitled "State's Supplemental Reply Brief." Appellee, Caleb Rodriguez, has not filed a response to the State's motion.

Accordingly, the Court **grants** the State's motion to extend time.

It is so ORDERED.

Judge's signature:     /s/ April L. Farris
                  ☑ Acting individually     ☐ Acting for the Court

Date: December 28, 2021